UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DUSTIN ALLEN JENNINGS                                                    PETITIONER
Reg #53228-074

V.                                     No. 2:22-CV-130-JTR

JOHN P. YATES, Warden,
FCI-Forrest City                                                         RESPONDENT

**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, without prejudice.

DATED this 20th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE